UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HANEEF MUHAMMAD,

      **Plaintiff,**

  v.                          Civil Action 2:24-cv-3676
                               Judge Douglas R. Cole
                               Magistrate Judge Chelsey M. Vascura

GAP INC., *et al.*,

      **Defendants.**

## ORDER

Plaintiff, Haneef Muhammad, is an Ohio resident proceeding without the assistance of counsel. On July 30, 2024, Plaintiff was granted electronic case filing access. (ECF No. 7.) Plaintiff was "**CAUTIONED** that his electronic filing access may be revoked at any time." (*Id.*)

For the next nine months, Plaintiff was a responsible steward of his electronic filing access. This changed beginning on May 12, 2025. In the last six weeks, Plaintiff has filed 26 motions and 6 notices, exhibits, or supplemental memoranda. Many of those filings are duplicative. (*See*, *e.g.*, ECF Nos. 65–68, all filed within fourteen days of each other, and all seeking to amend the Complaint.) Moreover, thirteen of those filings came after the Court expressly ordered Plaintiff on June 13, 2025, to cease filing additional documents so that the Court could rule on the parties' pending motions. As the Court has previously noted, "[r]eviewing each of those motions 'requires some portion of the [Court's] limited resources." (June 13, 2025 Notation Order) (quoting *In re McDonald*, 489 U.S. 180, 184 (1989)).

Plaintiff's excessive filings, in contravention of a Court order, demonstrate that Plaintiff can no longer be relied upon to responsibly exercise his ability to file documents electronically. Plaintiff's electronic case filing access in this case is therefore **REVOKED**. Plaintiff must make any future filings in this case by delivering the documents in question to the office of the Clerk of Court, either in person or via U.S. mail.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE