## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HANEEF MUHAMMAD,

        Plaintiff,

    v.

GAP INC., *et al.*,

        Defendants.

        Civil Action 2:24-cv-3676
        Judge Douglas R. Cole
        Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Motion to Seal Document (ECF No. 112). Therein, Plaintiff seeks to seal already-filed medical records including (i) an orthopedic report (ECF No. 111-1), (ii) notes and clarifications by a doctor (ECF Nos. 101-2, 104-8), and (iii) references to certain of Plaintiff's medical conditions (ECF Nos. 101-5, 101-8, 104-9, 104-13, 104-16). (*Id.*) Plaintiff asserts that these materials contain sensitive medical information. (*Id.*)

Based on these representations, the undersigned concludes that these filings contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion is **GRANTED**. The Clerk is **DIRECTED** to place the following exhibits **UNDER SEAL**: ECF Nos. 101-2, 101-5, 101-8, 104-8, 104-9, 104-13, 104-16, 111-1.

        IT IS SO ORDERED.

                    /s/ *Chelsey M. Vascura*
                    CHELSEY M. VASCURA
                    UNITED STATES MAGISTRATE JUDGE